IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.14-cv-00810-RPM-MJW

DEVELOPERS SURETY AND INDEMNITY COMPANY,

    Plaintiff,

v.

SCOTT R. BUSTEED and
MARILYN ROBERTS,

    Defendants.

_____

ORDER FOR ENTRY OF FINAL JUDGMENT AGAINST SCOTT R. BUSTEED
_____

    Upon consideration of the Recommendation on Plaintiff's Amended Motion for Entry of Default Judgment Against Scott R. Busteed (Docket No. 15) entered by United States Magistrate Judge Michael J. Watanabe on August 18, 2014, and the supporting papers for the plaintiff's motion for entry of default judgment, the Court now adopts and incorporates by this reference the findings of fact and conclusions of law contained in the recommendation and upon that basis, it is

    ORDERED that judgment shall enter for Plaintiff Developers Surety and Indemnity Company and against Defendant Scott R. Busteed only in the amount of $261,984.70, plus reasonable and necessary attorney fees in the amount of $1,530.00 and expenses in the amount of $408.78 for a total judgment of $263,923.48, plus post-judgment interest at the rate of 0.10% per annum until the judgment is fully paid.

    DATED: September 9th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch

                              _____
                              Richard P. Matsch, Senior District Judge