IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.14-cv-00810-RPM-MJW

DEVELOPERS SURETY AND INDEMNITY COMPANY,

    Plaintiff,

v.

SCOTT R. BUSTEED and
MARILYN ROBERTS,

    Defendants.

_____

## FINAL JUDGMENT AGAINST SCOTT R. BUSTEED
_____

    Pursuant to the Order for Entry of Final Judgment Against Scott R. Busteed entered by Senior Judge Richard P. Matsch on September 9, 2014, it is

    ORDERED AND ADJUDGED that judgment is entered for Plaintiff Developers Surety and Indemnity Company and against Defendant Scott R. Busteed only in the amount of $263,923.48, plus post-judgment interest at the rate of 0.10% per annum until the judgment is fully paid.

    DATED: September 9th, 2014

                      FOR THE COURT:

                      JEFFREY P. COLWELL, Clerk

                          s/M. V. Wentz
                    By_____
                      Deputy Clerk