IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  14-cv-00810-RPM

DEVELOPERS SURETY AND INDEMNITY COMPANY,

     Plaintiff,

v.

MARILYN ROBERTS,

     Defendant.

---

## ORDER OF DISMISSAL

---

Pursuant to the stipulation of dismissal [26], it is

ORDERED that Marilyn Roberts is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

Dated: December 16th, 2014

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge